UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Applicant,<br><br>    v.<br><br>MICHELLE DAGMAR FIORE AND VENTANAS CAPTIAL, LLC,<br><br>    Respondents. | Miscellaneous Business Docket No. |

**APPLICATION FOR ORDER TO SHOW CAUSE AND FOR
ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENAS**

Respondent Michelle Dagmar Fiore ("Fiore") has failed to comply with an administrative subpoena seeking testimony issued by the staff of the Securities and Exchange Commission (the "Commission") in connection with the Commission's formal investigation, *In the Matter of Trading in the Shares of Loop Industries, Inc.,* File No. B-03368.  The Commission subpoenaed Fiore to testify on June 1, 2022 via Webex video conference, however Fiore failed to appear.  Fiore also failed to produce any documents in connection with a related subpoena to Respondent, Ventanas Capital, LLC ("Ventanas"), a business she purportedly solely owns and operates.  The Commission therefore respectfully submits this Application for the Court to issue: (1) an Order to show cause why Respondents should not comply with the administrative subpoenas; and (2) an Order compelling Fiore to appear for testimony in the Commission's Boston Regional Office, remotely via Webex video conference and for Respondents to produce all non-privileged documents in Ventanas' possession, custody or control responsive to the Commission's subpoena.

In support of this Application, the Commission relies on the Memorandum of Law filed herewith, as well as the Declaration of William J. Donahue and his attached Exhibits.

Respectfully submitted,

*Wm. J Donahue*
_____
William J. Donahue (BBO#631229)
Kathleen Burdette Shields (BBO#637438)
Amy Burkart (BBO# 651828)
Alicia Reed (NY Bar # 4913596)
U.S. SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110-1424
(617) 573-8904 (Shields)
(617) 573 - 5905 (Burkart)
(617) 573-8915 (Donahue)
(617)573-5915 (Reed)
shieldska@sec.gov, burkarta@sec.gov, donahuew@sec.gov, reeda@sec.gov

Counsel for Applicant,
U.S. Securities and Exchange Commission

Dated: July 28, 2022

<u>Certificate of Service</u>

I, William J. Donahue, hereby certify that on July 28, 2022, I caused a true copy of the foregoing document to be served via overnight mail upon the following persons/entities:

Michelle Dagmar Fiore
209 Calle Potro
San Clemente, CA 92672

Ventanas Capital, LLC
c/o Michelle Dagmar Fiore
209 Calle Potro
San Clemente, CA 92672

*Wm. J Donahue*
_____
William J. Donahue